UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DENNIS TOOLEY,                                      )
an individual,                                      )
                                                    )     CASE NO.: 1:25-cv-01964-TWP-CSW
                    Plaintiff,                      )
                                                    )
vs.                                                 )
                                                    )
PYRAMID PLACE, LLC,                                 )
an Indiana Limited Liability Company,               )
                                                    )
                    Defendant.                      )
_____            )

## ORDER GRANTING DISMISSAL WITH PREDUDICE

THIS CAUSE, having come before the Court upon the Parties' Stipulation of Dismissal,

and the Court being fully advised in the premises.

IT IS HEREBY ORDERED AND ADJUDGED that this matter is Dismissed with

Prejudice and, except as agreed between the parties, each party to bear their own attorney's fees,

costs, and expenses.

**DONE AND ORDERED.**

Date: 2/17/2026                          _____
                                         Hon. Tanya Walton Pratt, Judge
                                         United States District Court
                                         Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF

1